

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DANTE H. PATTISON,

    *Plaintiff*,

vs.

STATE OF NEVADA, ex. rel. NEVADA DEPARTMENT OF CORRECTIONS, *et al.*

    *Defendants*.

3:14-cv-00020-MMD-VPC

ORDER

The action has not been resolved during the stay, and this removed prisoner civil rights action therefore shall proceed forward.

IT THEREFORE IS ORDERED THAT:

1. The stay previously entered herein is LIFTED and, within **twenty-one (21)** days of entry of this order, the Attorney General's Office shall file a notice advising the Court and plaintiff of: (a) the names of the defendant(s) for whom it accepts service; (b) the names of the defendant(s) for whom it does **not** accept service, **and** (c) the names of the defendant(s) for whom it is filing last-known-address information under seal. As to any of the named defendant(s) for whom the Attorney General's Office cannot accept service, the Office shall file, under seal, the last known address(es) of those defendant(s) for whom it has such information.

2. If service cannot be accepted for any of the named defendant(s), plaintiff shall file a motion identifying the unserved defendant(s), requesting issuance of a summons, and specifying a full name for the defendant(s). For the defendant(s) as to which the Attorney

1  General has not provided last-known-address information, plaintiff shall provide the full name
2  **and** address for the defendant(s).
3        3.    If the Attorney General accepts service of process for any named defendant(s),
4  such defendant(s) shall file and serve an answer or other response to the remaining claims
5  within **sixty (60) days** from the date of this order.

DATED: September 2, 2014.

_____
VALERIE P. COOKE
United States Magistrate Judge