## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DANTE PATTISON, | 3:14-CV-0020-MMD (VPC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | September 19, 2014 |
| THE STATE OF NEVADA, et al., | |
| Defendants. | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to exceed page limit (#43) is **DENIED**. Plaintiff seeks to file a sixty-one page motion for summary judgment together with 283 pages of exhibits (#44). The court strongly disagrees that plaintiff needs sixty-one pages to articulate his claims. Moreover, the defendants in this action have not yet filed a responsive pleading. Although Fed.R.Civ.P. 56 allows a motion for summary judgment to be filed at the commencement of an action, in many cases the motion will be premature until the nonmovant has had time to file a responsive pleading. Therefore,

Plaintiff's motion for summary judgment (#44) is hereby **STRICKEN**. Plaintiff may refile his motion which shall be limited to thirty pages or less pursuant to Local Rule 7-4. Plaintiff need not resubmit his exhibits which will be retained by the court in docket #44. However, plaintiff may wish to consider waiting until the defendants file a responsive pleading before resubmitting his motion.

   IT IS SO ORDERED.

                                         LANCE S. WILSON, CLERK

                                   By:_____/s/_____
                                              Deputy Clerk