**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| DANTE H. PATTISON, | ) | 3:14-CV-0020-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 16, 2015 |
| | ) | |
| THE STATE OF NEVADA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:   <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>     LISA MANN     </u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING                          </u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING                        </u>

**MINUTE ORDER IN CHAMBERS:**

     Defendants' motion for leave to take deposition of incarcerated plaintiff (#72) is **GRANTED**.  The deposition shall be conducted either in person at plaintiff's place of confinement or telephonically and shall be scheduled at a time that is conducive to prison security. Following the deposition, defendants shall provide a copy of the deposition transcript to the plaintiff.

     **IT IS SO ORDERED.**

                                               LANCE S. WILSON, CLERK

                                By:<u>            /s/                         </u>
                                                Deputy Clerk