UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| DANTE H. PATTISON, | ) | 3:14-CV-0020-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 20, 2015 |
| | ) | |
| THE STATE OF NEVADA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:      LISA MANN       REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to stay briefing schedule of defendants' motion for leave take deposition of incarcerated plaintiff (#83) is **DENIED**. Motions for leave to take depositions of incarcerated plaintiffs are routinely granted without briefing as the court did in this case (#80).

Plaintiff's emergency motion to stay deposition (#86) is **DENIED.** Plaintiff initiated this case and defendants have the right to take his deposition pursuant to Fed.R.Civ.P. 27.

Plaintiff has filed a motion to take the depositions of four defendants (#87), and a motion waive all fees associated with the depositions (#91). Plaintiff is permitted to conduct depositions; therefore, his motion to take depositions (#87) is **GRANTED.** However, plaintiff's motion to waive all fees associated with the depositions (#91) is **DENIED.** Plaintiff is not proceeding in this action *in forma pauperis* because this case was removed by the defendants from the First Judicial District Court of the State of Nevada (#1). However, even assuming *arguendo* that plaintiff could be considered *in forma pauperis*, an order granting *in forma pauperis* status does not extend to the expenses of litigation, Local Special Rule 1-8. Moreover, it is not the court's obligation nor the defendants' obligation to pay for a court reporter or require a court reporter to report a deposition at no charge. Therefore, if plaintiff were to take

depositions, he will be responsible for properly noticing deposition, making all arrangements for a court reporter and pay all expenses associated with the same.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk